IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  RODGER TURNER, DEBTORS          CASE NO. 25-11715
       MARSHA TURNER                                CHATER 13

MOTION TO EXTEND THE AUTOMATIC STAY

The debtor(s) respectfully request(s) that this Court extend the automatic stay, and in support thereof state(s):

1. The debtor filed this bankruptcy petition on May 30, 2025.

2. The debtor previously filed bankruptcy, 25-10503, under Chapter 13 on February 18, 2025, and that case was dismissed on May 28, 2025.

3. The debtor did not have any prior cases dismissed in the past year for any of the following reasons:

    1. failure to file or amend other required documents without substantial excuse,

    2. failure to provide adequate protection as ordered by the Court, or

    3. failure to perform the terms of a plan confirmed by the Court.

5. There has been a substantial change in the financial or personal affairs of the debtor since the dismissal of the last case, and the debtor(s) believe(s) that this case will result in a confirmed plan that will be fully performed.

6. At the time of the dismissal of the prior case, no creditors had filed a Motion for Relief from Stay.

WHEREFORE, the debtor prays that this Court grant the Motion to Extend the Automatic Stay as to all creditors after notice and opportunity to be heard, and for all other proper relief.

THIS, the June 3, 2025.

                        Respectfully submitted,

                        /s/Rodger and Marsha Turner, Debtors

                        /s/ John Fitzgerald Hughes
                        MS Bar No. 100711
                        Hughes Law Group, PLLC
`                       5847 Getwell Rd Bldg. C, Ste. 1
                        Southaven, MS 38672
                        O: 662.298.3607
                        F: 877.484.4372
                        jhughes@hugheslawgrp.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he on June 3, 2025 served electronically or mailed, postage prepaid, true and correct copies of the attached documents to those parties listed on the attached mailing matrix.

THIS, the June 3, 2025.

                        Respectfully submitted,

                        /s/ John Fitzgerald Hughes
                        MS Bar No. 100711
                        Hughes Law Group, PLLC
`                       5847 Getwell Rd Bldg. C, Ste. 1
                        Southaven, MS 38672
                        O: 662.298.3607
                        F: 877.484.4372
                        jhughes@hugheslawgrp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 25-11715-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Tue Jun  3 16:42:03 CDT 2025 | Audobon Point RV Park II, LLC<br>c/o Chad J. Hammons, Esq.<br>Jones Walker LLP<br>3100 N. State St., Ste. 300<br>Jackson, MS 39216-4013 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 |
| CashNet USA<br>200 West Jackson<br>Suite 1400<br>Chicago, IL 60606-6929 | (p)CHURCH HEALTH<br>1350 CONCOURSE AVE<br>SUITE 142<br>MEMPHIS TN 38104-4570 | Citibank/the Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 |
| Connexus Credit Union<br>Attn: Bankruptcy<br>PO Box 8026<br>Wausau, WI 54402-8026 | FSNB N.A.<br>Attn: Bankruptcy Department<br>PO Box 33009<br>Fort Sill, OK 73503-0009 | Fsnb,NA<br>PO Box 33009<br>Fort Sill, OK 73503-0009 |
| Chad J. Hammons<br>JONES WALKER LLC<br>P.O. Box 427<br>Jackson, MS 39205-0427 | John F Hughes<br>Hughes Law Group, PLLC<br>5847 Getwell Road<br>Building C, Suite 1<br>Southaven, MS 38672-6816 | I.C. System, Inc.<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Mayo Clinic<br>PO Box 9342<br>Big Sandy, TX 75755-9342 | Methodist Le Bonheur Healthcare<br>1265 Union Avenue<br>Memphis, TN 38104-3415 |
| Mid-South Pulmonary and Sleep Specialist<br>5050 Poplar Ave.<br>Suite 800<br>Memphis, TN 38157-0800 | Qualified Management Services<br>2821 S. Parker Rd.<br>Suite 305<br>Aurora, CO 80014-2748 | Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 |
| Snapbox Audubon Point Self Storage<br>1411 Audubon Point Dr.<br>Horn Lake, MS 38637-6047 | Southern Living<br>100 Park Avenue<br>Suite 2000<br>New York, NY 10017-5516 | Southern Security Fcu<br>5100 Wheelis Drive<br>Suite 300<br>Memphis, TN 38117-4532 |
| Treasurer of City of Memphis<br>PO Box 185<br>Memphis, TN 38101-0185 | Triner Storage<br>8411 Hacks Cross Road<br>Olive Branch, MS 38654-4010 | Marsha H Turner<br>8255 Macon Road #411<br>Cordova, TN 38018-1564 |
| Rodger Turner<br>8255 Macon Road #411<br>Cordova, TN 38018-1564 | U-Haul Moving and Storage<br>370 Union Ave.<br>Memphis, TN 38103-3216 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Church Health
1350 Concourse Ave.
Suite 142
Memphis, TN 38104

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Audobon Point RV Park II, LLC
c/o Chad J. Hammons, Esq.
Jones Walker LLP
3100 N. State St., Ste. 300
Jackson, MS 39216-4013

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27